ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Turner Construction Company | )     ASBCA No. 61838 |
| | ) |
| Under Contract No. N40080-13-C-0154 | ) |

APPEARANCES FOR THE APPELLANT:      Douglas L. Patin, Esq.
                                            Bradley Arant Boult Cummings LLP
                                            Washington, DC

                                            Herman M. Braude, Esq.
                                            Braude Law Group, P.C.
                                            Rockville, MD

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                            Navy Chief Trial Attorney
                                            Robyn L. Hamady, Esq.
                                            Trial Attorney

## ORDER OF DISMISSAL WITH PREJUDICE

This appeal has been settled. Pursuant to the request of Turner Construction Company, ASBCA No. 61838 is dismissed with prejudice.

Dated: August 5, 2019

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61838, Appeal of Turner Construction Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals